FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Christine Joy A Florida
**SSN:** xxx–xx–1483
**EIN:** N/A

18942 Northern Dancer Lane
Yorba Linda, CA 92886

**BANKRUPTCY NO.** 8:10–bk–25377–RK
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: May 4, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc         **31 / MLG**